```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE A. ALVA,            )<br>                             )<br>           Plaintiff,   )<br>                             )<br>      v.                    )<br>                             )<br>JO ANNE B. BARNHART,         )<br>Commissioner of Social      )<br>Security,                   )<br>                             )<br>           Defendant.  )<br>_____) | CV-F 04-5951 LJO<br><br>STIPULATION AND<br>ORDER TO EXTEND<br>TIME |

The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's opening brief be extended from June 1, 2005 to July 6, 2005.

//
//
//
//
//
//
//
//
//

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                  Respectfully submitted,

Dated: June 1, 2005            /s/ Laura Krank
                                  LAURA KRANK
                                  Attorney for Plaintiff

Dated: June 2, 2005            McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 3, 2005**                **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE