```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9

10  VALERIE A. ALVA,              )   1:04-05951 LJO
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12         v.                     )   TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from July 6, 2005 to August 5, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28                                    1
```

This is defendant's second request for an extension of time to file defendant's opposition to plaintiff's opening brief.

Defendant requests the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: July 6, 2005         /s/ Marc V. Kalagian
                            (As authorized via facsimile)
                            MARC V. KALAGIAN
                            Attorney for Plaintiff


Dated: July 7, 2005         McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN
                            Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   July 7, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                        UNITED STATES MAGISTRATE JUDGE

2