|    |    |
|----|----|
| 1  | LAURA KRANK |
|    | ATTORNEY AT LAW: 220208 |
| 2  | LAW OFFICES OF ROHLFING & KALAGIAN |
|    | 211 EAST OCEAN BLVD., SUITE 420 |
| 3  | LONG BEACH, CA 90802 |
|    | 562/437-7006 |
| 4  | FAX: 562/432-2935 |
|    | Email: lekrank@hotmail.com |
| 5  |    |
|    | Attorneys for Plaintiff |

FILED
2005 AUG 29 P 3: 46

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| VALERIE ALVA,              ) | Case No.: CV-F 04-5951 LJO |
|---|---|
|                            ) | [PROPOSED] ORDER |
|   Plaintiff,               ) |    |
|                            ) |    |
| v.                         ) |    |
|                            ) |    |
| JO ANNE B. BARNHART,       ) |    |
| COMMISSIONER OF SOCIAL     ) |    |
| SECURITY,                  ) |    |
|                            ) |    |
|   Defendant.               ) |    |

Based upon the plaintiff's request to file a late reply, IT IS ORDERED that the clerk shall file plaintiff's reply.

Dated: Aug 29, 2005

_____
UNITED STATES MAGISTRATE JUDGE

-1-